tion by Elsie Loomis against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The form of the order to be settled by and before HISCOCK, J., on two days' notice.

LOVINSKY v. ROSENBERG. (Supreme Court, Appellate Term. June 22, 1903.) Action by Victor Lovinsky against Morris Rosenberg. From a judgment for plaintiff, defendant appeals. Modified. John E. Donnelly, for appellant. Alex B. Greenberg, for respondent.

MacLEAN, J. Upon a claim by an assignee for goods sold and delivered, and sale and delivery admitted, the defendant urged payment. That fact was disputed, and found against him, and no sufficient reason appears for interference here, excepting that, as the claim, dating from December 8, 1897, was for $106.25 and interest, and payment of $19 thereon was admitted by the assignor of the plaintiff, to whom, as testified, had been assigned the balance, the judgment rendered for $137.25 must be reduced to the sum of $115, besides costs, and, as thus modified, affirmed, without costs of this appeal. Judgment reduced to $115, besides costs, and, as thus modified, affirmed, without costs of this appeal. All concur.

LUFT, Respondent, v. SCHROEDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Leopold Luft against Peter Schroeder and George A. Popp. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

McADOO, Respondent, v. UNION TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by William G. McAdoo against the Union Trust Company of Maryland. No opinion. Appeal dismissed, without costs, on the ground that the cause has been removed, since the argument, to the United States Circuit Court.

McDOUGAL & POTTER CO., Respondent, v. DE HART et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the McDougal & Potter Company against John De Hart and others. G. Hahn, for appellants. W. D. Neilley, for respondent.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissents.

McEWEN, Respondent, v. DIMOND et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Frederick McEwen against Thomas Dimond and others. No opinion. Motion denied.

McEWEN, Respondent, v. DIMOND et al., Appellants. (Supreme Court, Appellate Division, First Department. November 20, 1903.)

Action by Frederick McEwen against Thomas Dimond and others. C. D. H. Brower, for appellants. T. C. Ennever, for respondent. No opinion. Judgment affirmed, with costs.

McEWEN, Respondent, v. DIMOND et al., Appellants. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Frederick McEwen against Thomas Dimond and others. C. D. H. Brower, for appellants. T. C. Ennever, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McGOWAN et al., Respondents, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 25; 1903.) Action by Fannie McGowan and Thomas McGowan, executrix and executor of Bridget Butler, deceased, against the Mutual Life Insurance Company of New York. No opinion. Judgment and order affirmed, with costs.

McGURK, Respondent, v. JAMES D. JOHNSTON CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by John H. McGurk against the James D. Johnston Company. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

McKEON, Respondent, v. MULLIGAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by John McKeon against Thomas Mulligan and Michael Tiernan. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

McKESSON et al., Respondents, v. RUSSIAN CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by John McKesson and others against the Russian Company. J. L. Bernstein, for appellant. L. Lally, for respondents. No opinion. Judgment and order affirmed, with costs.

McKONE, Respondent, v. VILLAGE OF WARSAW, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by Henry T. McKone against the village of Warsaw.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

McLAURIN, Respondent, v. CUBA CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Actions by Peter F. McLaurin against the Cuba Company. No opinion. Appeal dismissed, without costs.

McLAURIN, Respondent, v. CUBA CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Ac-